IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:25-CR-00035-M-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EUGENE JAMES,

    Defendant.

ORDER

This matter comes before the court on the Defendant's Unopposed Motion for Release of Sealed Documents to Counsel [DE 232]. Defendant seeks access to certain sealed documents in *United States v. Eugene James*, No. 7:04-cr-00120-FL-2 (E.D.N.C.), and the United States does not object. For good cause shown, the motion is GRANTED as follows. The Clerk of the Court shall permit defense counsel, Kelly Margolis Dagger, to have access to the documents located at DE 126, 130, 133, 136, 137, 138, 139, 140, and 143.[1] In addition, the presentence investigation report (PSR) filed on September 14, 2005, does not appear to be available electronically on the court's case management system; accordingly, the court DIRECTS the U.S. Probation Office to provide a copy of the PSR to counsel. Ms. Dagger may share the contents of these documents with Defendant but shall not provide copies of the documents (in whole or part) to the Defendant

---

[1] To the extent that counsel requests copies of these documents, she shall abide by any rule or policy of the Clerk's Office for procurement of such copies.

or to any other person.

SO ORDERED this __18th__ day of August, 2025.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE