IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:25-CR-00035-M-RN-3

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| EUGENE JAMES, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court on the consent motion by Defendant Eugene James to allow his counsel, Kelly Margolis Dagger, to schedule contact visits and bring electronic devices to those visits to review discovery with Defendant. DE 307. For good cause shown, the motion is GRANTED as follows.

The court ORDERS that, for the duration of Ms. Dagger's representation of Defendant, Robeson County Detention Center shall allow Ms. Dagger to (1) bring electronic devices necessary to review discovery into Robeson County Detention Center for meetings with Defendant, and (2) have contact visits with Defendant upon request.

SO ORDERED this 17th day of December, 2025.

Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE